NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
PATRICK BURNS
Nevada Bar No. 11779
STEVEN W. MYHRE
Nevada Bar No. 9635
Assistant United States Attorneys
United States Attorney's Office, District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388-6418
John.P.Burns@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LANCE K. BRADFORD, <br><br> Defendant. | CRIMINAL INDICTMENT <br><br> CASE NO: 2:19-cr-222-KJD-BNW <br><br> VIOLATIONS: <br><br> 26 U.S.C. § 7206(2) – Aiding and Assisting in the Preparation of False Tax Returns |

THE GRAND JURY CHARGES:

<u>COUNTS ONE THROUGH TWENTY-EIGHT</u>

**Aiding and Assisting in the Preparation and Presentation of
False and Fraudulent Individual Income Tax Returns
(Title 26, United States Code, Section 7206(2))**

On or about each date listed below, within the State and Federal District of Nevada, and elsewhere, the defendant,

LANCE K. BRADFORD,

willfully aided and assisted in, counseled, and advised the preparation and presentation of U.S. Individual Income Tax Returns, Forms 1040, U.S. Income Tax Returns for an S Corporation, Forms 1120S, and U.S. Returns of Partnership Income, Forms 1065, to the Internal Revenue Service, for and on the behalf of the below identified taxpayers, on the below listed dates, which were false and fraudulent as to the material matters as set forth below:

| Count | Tax Year | Date of Offense | Taxpayer | False Item Claimed |
|---|---|---|---|---|
| 1 | 2012 | 09/16/13 | W.S., LLC (A.P.) | Form 1120S, Line 2, Cost of Goods Sold |
| 2 | 2012 | 09/16/13 | A.P. | Form 1040, Line 22, Total Income |
| 3 | 2012 | 09/16/13 | J.G., Ltd. | Form 1120S, Consulting Fee, $1,717,000 |
| 4 | 2012 | 10/09/13 | J.G. | Form 1040, Line 22, Total Income |
| 5 | 2012 | 10/15/13 | C.L.B.S. (K.J.) | Form 1065, Line 4, Ordinary Loss |
| 6 | 2012 | 10/15/13 | K.J. | Form 1040, Line 22, Total Income |
| 7 | 2013 | 09/15/14 | W.S., LLC (A.P.) | Form 1120S, Line 2, Cost of Goods Sold |
| 8 | 2013 | 10/15/14 | A.P. | Form 1040, Line 22, Total Income |
| 9 | 2013 | 09/10/14 | J.G., Ltd. | Form 1120S, Consulting Fee, $2,656,420 |
| 10 | 2013 | 10/08/14 | J.G. | Form 1040, Line 22, Total Income |
| 11 | 2013 | 09/15/14 | R., Inc. (J.W./R.W.) | Form 1120S, Line 2, Cost of Goods Sold |
| 12 | 2013 | 10/13/14 | J.W. | Form 1040, Line 22, Total Income |
| 13 | 2013 | 10/13/14 | R.W. | Form 1040, Line 22, Total Income |
| 14 | 2013 | 09/15/14 | C.L.B.S. (K.J.) | Form 1065, Line 4, Ordinary Loss |
| 15 | 2013 | 09/15/14 | A., LLC (K.J.) | Form 1065, Line 2, Cost of Goods Sold |
| 16 | 2013 | 10/15/14 | K.J. | Form 1040, Line 22, Total Income |
| 17 | 2013 | 09/10/14 | C.B.J.I., Ltd. (M.C.) | Form 1120S, Line 2, Cost of Goods Sold |
| 18 | 2013 | 10/14/14 | M.C. | Form 1040, Line 22, Total Income |
| 19 | 2013 | 06/09/14 | M.S. | Form 1040, Sched. E, 28(h)(C), Nonpassive Loss |

| Count | Tax Year | Date of Offense | Taxpayer | False Item Claimed |
|---|---|---|---|---|
| 20 | 2014 | 09/15/15 | J.G., Ltd. | Form 1120S, Consulting Fee, $3,042,581 |
| 21 | 2014 | 10/06/15 | J.G. | Form 1040, Line 22, Total Income |
| 22 | 2014 | 09/15/15 | W.S., LLC (A.P.) | Form 1120S, Line 2, Cost of Goods Sold |
| 23 | 2014 | 10/15/15 | A.P. | Form 1040, Line 22, Total Income |
| 24 | 2014 | 08/27/15 | M.I., Inc. (M.S.) | Form 1120S, Line 1a, Gross Receipts |
| 25 | 2014 | 08/27/15 | M.S. | Form 1040, Line 22, Total Income |
| 26 | 2014 | 09/14/15 | R., Inc. (J.W./R.W.) | Form 1120S, Line 2, Cost of Goods Sold |
| 27 | 2014 | 10/13/15 | J.W. | Form 1040, Line 22, Total Income |
| 28 | 2014 | 10/13/15 | R.W. | Form 1040, Line 22, Total Income |

All in violation of Title 26, United States Code, Section 7206(2).

DATED: this the 27th day of August, 2019.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

PATRICK BURNS
STEVEN W. MYHRE
Assistant United States Attorneys