PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT | CASE NO. 2:19-cr-222-KJD-BNW |
| Matter Sealed: ☐ Juvenile ☑ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: LANGE K. BRADFORD<br>Address: |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT — Las Vegas<br>DISTRICT OF NEVADA — Divisional Office | FILED / ENTERED / RECEIVED / SERVED ON<br>COUNSEL/PARTIES OF RECORD<br>CLERK US DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: _____ DEPUTY |
| Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich<br>☐ U.S. Atty ☐ Other U.S. Agency<br>Phone No. (702) 388-6336 | ☐ Interpreter Required   Dialect: |
| Name of Asst. U.S. Attorney (if assigned): PATRICK BURNS | Birth Date _____   ☑ Male ☐ Female   ☐ Alien (if applicable) |
| PROCEEDING | |
| Name of Complainant Agency, or Person (& Title, if any)<br>Elizabeth Lam ~ IRS | Social Security Number _____ |

| DEFENDANT |
|---|
| Issue: ☐ Warrant ☑ Summons |
| Location Status:<br>Arrest Date _____ or Date Transferred to Federal Custody _____<br>☐ Currently in Federal Custody<br>☐ Currently in State Custody<br>  ☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive |
| Defense Counsel (if any): _____<br>☐ FPD ☐ CJA ☐ RET'D<br>☐ Appointed on Target Letter |
| ☐ This report amends AO 257 previously submitted |

- ☐ person is awaiting trial in another Federal or State Court (give name of court)
- ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District
- ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty ☐ Defense   SHOW DOCKET NO. _____
- ☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)
- ☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under   MAG. JUDGE CASE NO. _____

Place of offense: _____ County _____

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 28

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
|  | 26 U.S.C. § 7206(2) | Aiding and Assisting in the Preparation of False Tax Returns | 1 - 28 |